AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

Victor Ontiveros

CASE NUMBER: 07CR3017-JLS

I, Victor Ontiveros, the above named defendant, who is accused of

21 USC 952, 960
Importation of Marijuana

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/8/07 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**
NOV - 8 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

X _____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer